UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RYAN SHIVERDECKER, *et al.*,

    Plaintiffs,

vs.

GRAY TRANSPORTATION, INC., *et al.*,

    Defendants.

Case No. 3:21-cv-10

District Judge Michael J. Newman

---

**ORDER (1) FINDING GOOD CAUSE TO DELAY ISSUANCE OF A SCHEDULING ORDER AND (2) SETTING THIS MATTER FOR A STATUS CONFERENCE ON JULY 21, 2021 AT 2:00 P.M.**

---

Considering the complexities of this case identified by the parties at the May 10, 2021 preliminary pretrial conference, the Court finds good cause to delay issuance of a scheduling order under Fed. R. Civ. P. 16(b).  The Court sets this matter for a status conference on **July 21, 2021** at **2:00 p.m.** by telephone.[1]  Following the status conference, the Court will, if necessary, order that the parties confer as required under Fed. R. Civ. P. 26(f) and submit an amended Rule 26(f) report to the Court.  Unless the parties agree otherwise, discovery will not commence in this action until further Court order.

    **IT IS SO ORDERED.**


Date:  May 10, 2021                        s/Michael J. Newman
                                                      Hon. Michael J. Newman
                                                      United States District Judge

---

[1] Counsel shall call: 1-888-278-0296, enter access code 2725365, security code 123456, and wait for the Court to join the conference.